Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREL DRESSEL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS GONZALEZ; MIAMI BEACH REALTY, LLC, d/b/a KELLER WILLIAMS MIAMI BEACH REALTY, and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | Case No: 2:20-cv-00990 CJC (JCx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST LUIS GONZALEZ WITHOUT PREJUDICE** |

///
///
///
///
///

---

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST LUIS GONZALEZ WITHOUT PREJUDICE**

-1-

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the claims against Defendant Luis Gonzalez, only, without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Although this case was filed as a class action, no class has been certified.

Respectfully submitted this 18th day of May, 2020.

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By: /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman
Attorney for Plaintiff

Filed electronically on this 18th day of May, 2020, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Cormac J. Carney
United States District Court
Central District of California

Notification sent on this 18th day of May, 2020, via the ECF system to all interested parties


By: s/Todd M. Friedman_____
    TODD M. FRIEDMAN

---

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST LUIS GONZALEZ WITHOUT PREJUDICE**

-3-