UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

CIVIL MINUTES – GENERAL

| Case No. | CV 20-00990-CJC (JCx) | Date | May 27, 2020 |
|---|---|---|---|
| Title | Darrel Dressel v. Luis Gonzalez et al | | |

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Gabriela Garcia | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

    This action was filed on January 30, 2020.  On May 8, 2020, 2020, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before May 15, 2020 why this action should not be dismissed for lack of prosecution.  On May 13, 2020, Plaintiff filed a Proof of Service upon defendant Miami Beach Realty, LLC, with an answer due date of February 27, 2020.  On May 18, 2020, Plaintiff filed a Notice of Dismissal of defendant Luis Gutierrez.  On May 21, 2020, the Court issued a second minute order which ordered Plaintiff to show cause in writing on or before May 26, 2020 why this action should not be dismissed for lack of prosecution.  Plaintiff has failed to respond to the Court's Order.  Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

    The Court further orders the Order to Show Cause [9] issued on May 8, 2020 and the Order to Show Cause [12] issued on May 21, 2020 discharged.

                                                                                              - : -

Initials of Deputy Clerk   gga

cc: